IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RAYMOND HOWARD
DOUGLAS, JR.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

CASE NO. 1D14-958

v.

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed February 10, 2015.

An appeal from the Circuit Court for Alachua County.
Ysleta W. McDonald, Judge.

Nancy A. Daniels, Public Defender, and David Alan Henson, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Justin D. Chapman, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.  See. Williams v. State, 143 So.3d 423 (Fla. 1st DCA 2014).

PADOVANO, WETHERELL, and BILBREY, JJ., CONCUR.